FILED
IN CLERKS OFFICE

Stefan Emil Ventura 2019 JAN -9 PM 2:52
v.
Massachusetts General Hospital  U.S. DISTRICT COURT DISTRICT OF MASS.

Civil Action No:
1:18-CV-12159-ADB

Motion to amend
name of defendant

I, Stefan Emil Ventura request motion to amend name of defendant to be as follows:

Massachusetts General Hospital, The General Hospital Corporation, Partners Health Care System INC