FILED
IN CLERKS OFFICE
2019 JAN -9 PM 2:51
U.S. DISTRICT COURT
DISTRICT OF MASS.

Stefan Emil Ventura
V.
Massachusetts General Hospital

Civil Action No:
1:18-CV-12159-ADB

## Motion to add individuals as defendants

I, Stefan Emil Ventura, request motion to add the following individuals as defendants in Civil Action Case number 1:18-CV-12159-ADB

1) Peter Slavin MD
2) Magaly Valentin
3) Guillermo Banchiere
4) Maria Detres-Rivera
5) Elizabeth Sousa
6) Marc Cella
7) Theresa Gallivan
8) Frank Garvin
9) Robert Patenaude