# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

Stefan Emil Ventura

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

"see attached"
~~Massachusetts General Hospital~~

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒ Yes ☐ No

FILED IN CLERKS OFFICE
2019 JAN 28 PM 1:23
U.S. DISTRICT COURT
DISTRICT OF MASS.

## AMENDED COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Stefan Emil Ventura |
| Street Address | 6 Morey Ave |
| City and County | East Freetown, Bristol County |
| State and Zip Code | MA 02717 |
| Telephone Number | (857) 266-8746 |
| E-mail Address | seventura80@gmail.com |

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Page 1A

## Defendants:

1) Partners Healthcare System Inc
2) Massachusetts General Hospital
3) The General Hospital Corporation
4) Peter Slavin M.D.
5) Magaly Valentin
6) Guillermo Banchiere
7) Maria Detres-Rivera
8) Elizabeth Sousa
9) Marc Cella
10) Theresa Gallivan
11) Frank Garvin
12) Robert Patenaude

Page 1B

Defendant No. 1
Name                Partners Healthcare System Inc
Street address      399 Revolution Drive
city and county     Somerville, Middlesex County
State and zip       Massachusetts, 02145
telephone number    617-726-2000

Defendant No. 2
name                Massachusetts General Hospital
street address      399 Revolution Drive
city and county     Somerville, Middlesex County
state and zip       Massachusetts, 02145
telephone number    617-726-2000

Defendant No. 3
Name                The General Hospital Corporation
street address      399 Revolution Drive
city and county     Somerville, Middlesex County
state and zip       Massachusetts, 02145
telephone number    617-726-2000

Defendant No. 4
Name                Peter Slavin M.D.
Job or Title        President
street address      399 Revolution Drive
city and county     Somerville, Middlesex County
state and zip       Massachusetts, 02145
telephone number    617-726-2000

page 2A

Defendant No. 5
Name                  Magaly Valentin
street address        399 Revolution Drive
city and county       Somerville, Middlesex County
state and zip         Massachusetts, 02145
telephone number      617-726-2000

Defendant No. 6
Name                  Guillermo Banchiere
street address        399 Revolution Drive
city and county       Somerville, Middlesex County
state and zip         Massachusetts, 02145
telephone number      617-726-2000

Defendant No. 7
Name                  Maria Detres-Rivera
Street address        399 Revolution Drive
city and county       Somerville, Middlesex County
state and zip         Massachusetts, 02145
telephone number      617-726-2000

Defendant No. 8
Name                  Elizabeth Sousa
Street address        399 Revolution Drive
city and county       Somerville, Middlesex County
state and zip         Massachusetts, 02145
telephone number      617-726-2000

page 2B

Defendant No. 9
Name                Marc Cella
Street address      399 Revolution Drive
City and county     Somerville, Middlesex County
State and zip       Massachusetts, 02145
Telephone number    617-726-2000

Defendant No. 10
Name                Theresa Gallivan
Street address      399 Revolution Drive
City and county     Somerville, Middlesex County
State and zip       Massachusetts, 02145
Telephone number    617-726-2000

Defendant No. 11
Name                Frank Garvin
Street address      399 Revolution Drive
City and county     Somerville, Middlesex County
State and zip       Massachusetts, 02145
Telephone number    617-726-2000

Defendant No. 12
Name                Robert Patenaude
Street address      399 Revolution Drive
City and county     Somerville, Middlesex County
State and zip       Massachusetts, 02145
Telephone number    617-726-2000

Page 2C

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *1st Amendment Freedom of Speech / civil rights / off duty conduct / Retaliation to mother's FMLA Retaliation Lawsuit also against Partners Healthcare System Inc. ADA will provide*

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* _____, is a citizen of the
       State of *(name)* _____.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated
       under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of
       the State of *(name)* _____. Or is a citizen of
       *(foreign nation)* _____.

Page 3 of 5

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

Retroactive to date of fire 2014 through projected/planned retirement 2045, lost wages/annual increases, benefits and retirement are well in excess of $75,000.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attachments for "Statement of Claim" + Grievance Request

"Defendants" are the Corporations, the President, management of Human Resources + Environmental Service Depts, Grievance Committee members, and Police and Security investigator all directly handled/responsible for my firing.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

To be decided by jury, All lost wages/annual increases, lost benefits, lost retirement, retroactive to date of firing in 2014 through planned retirement in 2045 at age 65.

Page 4 of 5

page 4A

## Statement of Claim

A) Wrongfully terminated for unproven allegations and statements.
B) Violations of Corrective Action Policies / No Corrective Action steps taken
C) Biased closed internal investigation
D) Pretext to termination reasons.

1) I, Stefan Ventura, state that my termination (and 4 other close relatives), was in retaliation to my mother's lawsuit against Partners HealthCare System INC. My mother was terminated in 2002, and 1 by 1 all our remaining employed family members (myself being last) were fired for pretextual reasons. We had combined 85+ years of service for the Massachusetts General Hospital with spotless human resources files / employee records. Have records to prove excellent work history. Finances and career ruined past present and future.

2) Alleged Misconduct:
Partners HealthCare System Inc operates The General Hospital Corporation, operates Massachusetts General Hospital, who oversees/manages the following employees:

MGH Environmental Services:
Guillermo Banchiere and Maria Dedres-Rivera and Magaly Valentin (Human Resources) Issued original termination letter; Frank Garvin and Robert Pastenarde were responsible for Police + Security dept investigation, Elizabeth Sousa, Marc Cella, Theresa Gallivan were the grievance board/committee, Peter Slavin MB President signed off on final determination of no reinstatement of employment.

page 4B

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/15/18

Signature of Plaintiff: *Stefan E. Ventura*
Printed Name of Plaintiff: Stefan Emil Ventura

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

TO: HR + Grievance Committee
(Magaly Valentin)

10/29/14

I, Stefan Ventura employee ID# 2633246 request a hearing before the grievance committee in regards to my discharge on 10/16/14 for alleged violations of MGH Standards of Behavior.

I was an 18+ year employee of MGH Environmental Services Department with excellent work history proven by most performance evaluations either fully meeting or exceeding requirements. I've been proud to be a dedicated employee contributing to the success of MGH, and have worked hard for and earned a respected reputation for being expedient, efficient, easily approachable + always professional.

I was wrongfully terminated for allegations I did not commit during work hours nor on work premises, which I stated in interrogation by Police + Security on 10/7/14.

On 10/16/14 immediate termination was made by HR (Human Resources) without following policies + procedures for Corrective Action process.

My desired outcome from the hearing is that the committee will reinstate me to my former position (as soon as possible), schedule, salary, benefits and any other applicable in accordance.

I want to return as a productive, efficient employee as soon as possible.

FILED IN CLERK'S OFFICE
2018 OCT 15 PM 4:52
U.S. DISTRICT COURT
DISTRICT OF MASS.

Thank you.

Sincerely,

*Stefan E. Ventura* 10/29/14

Stefan E. Ventura 10/29/14

page 6

To whom it may concern.
Thank very much for your consideration on these matters, and I very much appreciate the courts time.

Thank you!
Stefan E Ventura
10/15/18

FILED
IN CLERKS OFFICE
2018 OCT 15 PM 4:55
U.S. DISTRICT COURT
DISTRICT OF MASS.

page 7