# EXHIBIT B

 **MASSACHUSETTS GENERAL HOSPITAL**

 **HARVARD MEDICAL SCHOOL**

Office of the President
55 Fruit Street
Boston, Massachusetts 02114-2696
Tel: 617-724-9300, Fax: 617-724-3377
E-mail: pslavin@partners.org

Peter L. Slavin, M.D.
*President*
*Massachusetts General Hospital*
*Professor Health Care Policy*
*Harvard Medical School*

November 26, 2014

Stefan Ventura
41 Royal Crest Dr. Apt #12
North Andover, MA 01845

Dear Mr. Ventura:

The Grievance Committee who met to hear your grievance has sent me their recommendation.

Your explanation of the facts was listened to carefully and all the committee members thoroughly considered what you had to say. After studying all the information, I agree with the recommendation of the Grievance Committee and your employment at MGH will not be reinstated.

Sincerely,

Peter L. Slavin, M.D.

cc: Grievance Committee Members

 A Teaching Affiliate of Harvard Medical School

 PARTNERS. HEALTHCARE