Stefan Ventura
          Plaintiff

V.
Massachusetts General Hospital
and Partners Healthcare System Inc.

(civil action)

Plaintiff

Motion: Response to
Defendant's request for ~~summary~~ Dismissal.

I Stefan Ventura allege that Massachusetts General Hospital + Partners Healthcare System Inc. violated my U.S. Constitutional Right to Free Speech, 1st Amendment. They allege I contacted another party under investigation (not on work time or premises/property), however they did discriminate against me when they fired me with no corrective action steps, and they left the other party's (a known and admitted drug addict and alcoholic) employment status active.

MGH/Partners Allege I admitted to using a recreational drug. (Again not on work time or premises/property) If this indeed was the case, Defendants have full service Emergency Department and Occupational (Employee) Health Departments open/available to perform alcohol or drug testing on the spot. MGH did not have me take any alcohol or drug screenings before firing to prove allegations against me.

No proof of any wrongdoing was provided to me by defendants to support allegations against me. I was fired for alleged off Duty conduct.

I did not file complaint with MCAD for discrimination. I allege pretext firing was in retaliation to my mothers lawsuit against MGH/Partners for firing her for FMLA use.

Attached firing/termination letter references MGH's Policy on Standards of Behavior, I've always "been accountable for my actions", Always have "Upheld professional and ethical standards, and NEVER "recklessly ignored MGH Policies and Procedures"

page 1 of 2

Attached is original/amended statement of claim and original termination letter.

Relief sought is in original/amended complaint. I requested to be decided at trial, All lost wages/annual increases, lost benefits, lost retirement, retroactive to date of firing in 2014, through planned retirement in 2045 at age 65.

Additionally, this ruined my reputation at MGH with coworkers, ruined finances and career and retirement plans, past present and future. Ruined family etc.

Thank you very much and I appreciate the court's time on these matters. Sincerely, Stefan Ventura

page 2 of 2