## Statement of Claim

A) Wrongfully terminated for unproven allegations and statements.
B) Violations of Corrective Action Policies / No Corrective Action steps taken
C) Biased closed internal investigation
D) Pretext to termination reasons.

1) I, Stefan Ventura, state that my termination (and 4 other close relatives), was in retaliation to my mother's lawsuit against Partners HealthCare System INC. My mother was terminated in 2002, and 1 by 1 all our remaining employed family members (myself being last) were fired for pretextual reasons. We had combined 85+ years of service for the Massachusetts General Hospital with spotless human resources files / employee records. Have records to prove excellent work history. Finances and career ruined past present and future.

2) Alleged Misconduct:
Partners HealthCare System Inc operates The General Hospital Corporation, operates Massachusetts General Hospital, who oversees/manages the following employees:
MGH Environmental Services:
Guillermo Barchiere and Maria Dedres-Rivera and Magaly Valentin (Human Resources) Issued original termination letter; Frank Garvin and Robert Pastenaude were responsible for Police + Security dept investigation, Elizabeth Sousa, Marc Cella, Theresa Gallivan were the grievance board/committee, Peter Slavin MB President signed off on final determination of no reinstatement of employment.

(Page 4B)

MASSACHUSETTS
GENERAL HOSPITAL

Boston, Massachusetts 02114-2696
MGH Mail Address: Environmental Services, 55 Fruit St Blf 310

TO:       Stefan Ventura (002633846), Staff Asst. III

FROM:     Maria Detres-Rivera, ESD Project Coordinator

RE:       **DISCHARGE – VIOLATION OF STANDARDS OF BEHAVIOR**

DATE:     October 16, 2014

On October 7, 2014, you were involved in a Police & Security investigation for possibly using alcohol and a recreational drug while on lunch break. During the interview you denied the allegations. You were placed on an investigatory leave and told to not discuss the investigation with anyone other than your Manager, Human Resources and Police & Security.

In a subsequent meeting with Police & Security, you admitted to using a recreational drug and to contacting the other party involved in the investigation. This kind of inappropriate behavior is a violation of MGH Standards of Behavior.

The MGH Policy on Standards of Behavior states that:

Credo       3.2.6 Be accountable for my actions.

            3.2.7 Uphold professional and ethical standards.

Boundaries  4.1.1 Recklessly ignore MGH policies and procedures

This letter serves as your discharge from employment at Massachusetts General Hospital effective immediately. You must return all Hospital keys, employee ID and uniform. Your final check is inclusive of all your earnings.

If you have any questions or are interested in obtaining information regarding the MGH grievance process, please contact Magaly Valentín at 617-724-8495 within 10 working days of receiving this discharge.

cc:   *Department File*
      *Human Resources*
      *Richard Turgeon, Environmental Services*