Stefan Emil Ventura
Plaintiff
civil action #
1:18-cv-12159-adb

v.

Massachusetts General Hospital
and Partners Healthcare System Inc.

FILED
IN CLERKS OFFICE
2019 APR -1 PM 12: 28
U.S. DISTRICT COURT
DISTRICT OF MASS.

## Addendum Opposition to Mtn to dismiss

Plaintiff began employment in June of 1996, was an 18yr employee of Environmental Services Department with excellent employment/work performance history and no corrective action on file. Plaintiff has all Human Resource employee file for evidence, had not signed any "Employment at will" documentation as original hire was long before Employment at will. In which case Partners + MGH have to uphold contract in Employee handbook, that progressive corrective action at minimum should have been applied, not immediate termination. Handbook states immediate termination would only apply in extreme circumstances such as acts/threats of violence, theft, harassment or other extreme cases, otherwise progressive corrective action, Verbal Warning, 1st Warning (Written), 2nd + Final written warnings, then suspension or termination as last resort.

This case is not an unjustified burden on the court. It is a Federal Matter, civil rights violation, am certain am not the only one this has happened to. Further investigation of my case and my family's relative situations, are not only for us, but to hold Defendants accountable for their actions, uphold professional and ethical standards of their own, and also not recklessly ignore their own policies and procedures. (Plaintiff) I filed complaint within Federal 4 year statute of limitations. This case is for future public good. Attached is ~~[redacted]~~ Plaintiffs request in writing to management, HR, grievance committee at the time

Relief sought will be provided, however will be in excess of $1,000,000+ to include pain and suffering both myself and my family wife and daughters, in addition when fired hourly rate was >$24 per hour, lost annual percentage increases for stellar (usual) work performance, benefits health insurance, total loss of retirement (which alone equaled ≈ $960,000) All lost wages. Have documentation. Requested Jury Trial to decide relief sought. I (Plaintiff) appreciate the courts time on these matters

Sincerely,

Stefan Emil Ventura

# A brief history...

Good morning. I am Stefan Ventura and I was employed for MGH Environmental Services since 1996. I also worked for MGH Materials Management-Equipment services department for 5 years from 2006-2011 while working for ESD and attending Technical college full time for 3 years. I was originally hired as ESD Aide in 1996, and was promoted as follows: Office Assistant in 1997, Group Leader in 2001, Staff Assistant II in 2006, and Staff Assistant III in 2013. I never received merit increase for promotion to Staff Assistant II in 2006 from Group Leader. I only just received merit increase in conjunction with promotion to Staff Assistant III in 2013. This merit increase should have been made retroactive to 2006 promotion date. Additionally on numerous occassions I was passed for promotions to ESD Area Managers positions when I was already a very well qualified internal candidate, more than once the job was given to a supposedly "More qualified and more suitable fit" candidate from outside that just so happened to always be much older than me and be of ethnic descent. I feel I've been age and race discriminated against in regards to promotions possibilities and been held back because of it. Even after demonstrating I'm fully competent and capable as a supervisor/Group Leader for 5 years already in the department for many more. Additionally when hired for Materials Management in 2006 due to over 10 years of service in excellent standing I qualified to start at maximum of the pay grade. I've felt for the last 8 years as Staff Assistant II that I should have been compensated more fairly than I was, especially since fellow co-worker with less years of service for the hospital and department

①

## A brief history continued

and in the same position was getting paid substantially more an hour than I was. Only after increased pressure put on my manager that this was not fair was my rate increased with promotion to Staff Assistant III, which again should have been retroactive to 2006 when no Merit Increase was processed for my promotion. Despite all of this I've always been appreciative of all the opportunities given me, and always remained loyal and dedicated to the MGH and Environmental Services Dept. I've worked hard for 18 years to earn a well respected reputation of efficiency, accuracy, attention to detail, excellent customer service among many other good qualities I have to offer... A reputation that's now been destroyed and tainted forever unnecessarily.

### What occurred...

I was wrongfully terminated on 10/16/14 for alleged violations of standards of behavior. I was immediately terminated with no consideration of any form of progressive corrective action process. Termination was after an over 1 week long biased Police + Security investigation. Interviews were not recorded and were more like criminal interrogations, where questions and answers were purposefully manipulated by the investigators Frank Garvin and Robert Patenaude, so they could take notes on what they want, and also leave out or alter parts as needed. Mr. Patenaude was especially aggressive during interrogations, manipulating my answers to try to fabricate and catch me in alleged lies. Termination was based on alleged testimony of witness/fellow employee who had admitted to drinking and drugging on lunch break to Police + Security, was also given opportunity to keep job upon successful treatment programs for drugs

②

and alcoholism, an admitted liar, alcoholic and drug addict. I did not use recreational drugs or alcohol on break as alleged, and no evidence or proof of my alleged doing so was ever presented to me for me to respond to. Also I'm not aware of any policy which states if I am under investigation, and so is someone else, we're not allowed to speak to each other. It is a free country and talking to someone briefly on the telephone, after work hours and both parties off work premises is anyones right, and should not be considered a violation of any policy. Additionally I was never contacted by HR or ESD for any kind of follow up or my side of the story. Only was told we'll call you when investigation is done. Investigation started 10/7/14, ended 10/16/14 with my immediate termination.

### Damage done...

This series of events has done irrepairable damage to my and my family's lives. We are morally, emotionally, mentally and physically drained. Countless nights of lost sleep. Extreme depression and anxiety. Ruined relationship with wife. 2 baby daughters depressed + upset that we're upset. Extreme financial hardship. Risk of eviction. Risk of utilities shut off. Lost health insurance benefits for entire family. I had to apply for unemployment, food stamps and any other assistance available. We've been unable to plan for the upcoming holidays and daughters birthday. Was unable to celebrate our 1st wedding anniversary because I was forced to pick up extra shifts at my parttime job which is only 2-3 nights a week and no benefits making minimum wage. Depleted last bit of savings trying to sustain however can no longer afford anything.

③

## Policies...

I'm alleged to have violated the MGH Policy on Standards of Behavior, citing the following in discharge letter:

Credo   3.2.6  Be accountable for my actions -
                 Always have been...

         3.2.7  Uphold professional and ethical standards -
                 Always have, evaluations support...

Boundaries  4.1.1  Recklessly ignore MGH policies + procedures -
                    Never have, evaluations support...

When in fact the following policies have been violated by MGH:

                 1.1 - Policy - Generally, hospital will follow steps...

Corrective Action  2.2 Just cause: Every effort will be made to ensure that any action including discharge is fair and reasonable. Every effort should be made to hear the employees side prior to determining if any corrective action is appropriate.

         2.6 - The supervisor makes the final determination as to what action s/he takes. HR is available to mediate and/or provide alternative resolutions and points of view.

         2.5 - Investigatory Absence - Nothing in it states I cannot communicate with someone else on Investigatory Absence... Should be as short as possible (generally not more than 3 days) mine was 7 days.

         2.9 Progressive corrective action - None taken

         3.5 Discharge - Discharge is used when it is concluded that attempts to correct the employee's behavior have failed or when the improper conduct is of such serious nature that employment relationship should not continue

④

(Policies MGA violated continued:) Policies continued...

Corrective Action - 5 - Procedure - not followed

Employment at will - 1.2 - Although employees serve at the discretion of the institution, the institution will generally follow a progressive disciplinary process for non exempt and professional exempt employees except in the case of serious disciplinary actions.

Performance Evaluation - 2.5.2 - An employee leaving a department, either by termination, or due to transfer, should receive a formal written performance evaluation prior to the effective date of such change. A copy of the evaluation shall be placed in the employee's employment record to serve as a final evaluation of the employee's performance in the last held position. The employee is entitled to receive a copy of the evaluation. - Never received

Transfers and Promotions - 3.3 - A transfer to a higher pay grade will be treated as a promotion. Never received increase associated with promotion in 2006.

⑤

## Remedy Sought...

1) Immediate reinstatement to former position as Staff assistant III with hourly pay set to maximum of the pay grade. If ESD doesn't have budget, then HR + Police + Security should split it.

2) Rehire process according to policy "Recruitment, NewHire and Termination Process" - section 3.4 Rehire Process applying section 3.4.1 Employee has been terminated for less than 30 days.
   - 3.4.1.1 Human Resources will rehire the employee with their previous hire date (in my case 6/24/96)
   - 3.4.1.2 Employee will maintain service date for pension, ET accruals. Extended Sick Leave will be reinstated.
   - 3.4.1.3 Human Resources will contact rehire to complete required forms. (see section 3.3.1)

   * In my case ET + ESL should be reinstated and reimbursed retroactive for any weeks lost. Also I should not have to fill out any forms as a "new" hire in accordance with 3.4.1.3

3) All lost wages including credits for health insurance reimbursed.

4) Reinstatement with all previous benefits including family health insurance and any other applicable immediately.

5) Process promotion and merit increase from 2013 to be retroactive for all hours worked since promotion in 2006 for HR's failure to process accordingly.
   * If esd does not have budget for this then HR should budget it, it's their mistake.

6) No corrective action on file for alleged incidents on 10/7, or for investigatory absence, or for discharge.

7) Still eligible for applicable bonus on yearly performance evaluation in March 2015.

(6)

Remedy sought
continued...

8) Assigned work area changed immediately from front office shared swing space, to spare back office between Maria-Detres Rivera and Richard Turgeon's offices. This office is only used 1 day a week by Jim Traniello who should be able to use the swing space once a week instead. Nothing is a secret at MGH, everyone knows or has an idea what happened, so I would not be able to work in my previous space with everyone harassing me asking what happened. Everyone has access to the swing space, so the back office would be more suitable to prevent distractions and harassment. If ESD is not willing to change office space then I will accept telework from home as the other alternative, with full understanding of the policies + procedures associated with telework arrangements. I would provide adequate workspace with minimal/no distractions, however ESD or MGH would have to supply necessary equipment and services as applicable (computer, telephone, internet etc...). I understand I would be responsible for telephone + internet services.

My hope is the committee will agree with my remedy sought and reinstate me immediately. Thank you for allowing me to present my grievance to you.

Stefan Ventura

*[signature]*

(7)